# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA46 | F5281929 | Unterbrink | 1922 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 04/02/2022 1713 | 16 US 36 CFR 261.15(i) |

Place of Offense

Dog Valley Rd

Offense Description: Factual Basis for Charge          HAZMAT ☐

NO OHV Registration

CVC 38020

### DEFENDANT INFORMATION

Last Name: Perry    Michael    A

Street Address: ████████████

Tag No. | State | Year | Make/Model | PASS ☐ | Color

---

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150.     Forfeiture Amount
+ $30     Processing Fee

PAY THIS AMOUNT AT → $ 180.     Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date (mm/dd/yyyy)
| Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature    X

Original - CVB Copy

*F5281929*    FS-5300-4 (1/2020)

Previous edition is obsolete

CVB SCAN 04/15/2022 13:45

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license. CMV= Commercial vehicle involved in incident

CVB SCAN 04/15/2022 13:45